UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUSTIN RACELIS, | : Civil Action No. 09-3066 (AET) |
| Plaintiff, | : |
| v. | : |
| BOROUGH OF SEASIDE HEIGHTS, et al., | : |
| Defendants. | : |
| GEORGE W. KRAMER, | : Civil Action No. 09-3381 (GEB) |
| Plaintiff, | : |
| v. | : ORDER OF CONSOLIDATION |
| BOROUGH OF SEASIDE HEIGHTS, et al., | : |
| Defendants. | : |

These matters having come before the Court during an initial conference before Magistrate Judge Arpert on November 5, 2009, and it appearing that plaintiffs' separate Complaints arise from the same or substantially related circumstances and involve common questions of law and fact; and all Parties having agreed; and good cause appearing for the consolidation of these matters;

IT IS on this 9th day of November 2009,

ORDERED that Civil Action No. 09-3381 (GEB) shall be and hereby is consolidated with Civil Action No. 09-3066 (AET) for all purposes including trial.

*s/ Douglas E. Arpert*
DOUGLAS E. ARPERT
United States Magistrate Judge